IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PEGASUS RESIDENTIAL LLC AAF,

   Plaintiff,

     v.

ANTONIO D. ALBA,

   Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-3972-TWT

## ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Gwinnett County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 14 day of September, 2018.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge